# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CURTIS CRANDELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1444 JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On May 3, 2021, the parties stipulated for the Plaintiff to have an extension of thirty days to serve his confidential letter brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** serve his confidential letter brief no later than **June 9, 2021**.

IT IS SO ORDERED.

Dated: **May 4, 2021**           /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE