# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILIAM CURTIS CRANDELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1444 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, WILLIAM CURTIS CRANDELL, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On July 6, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17.) Pursuant to the terms of the stipulation, an ALJ shall issue a new decision. (*Id.* at 1.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff William Curtis Crandell and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **July 6, 2021**　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1