# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CURTIS CRANDELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1444 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 20) |

On September 7, 2021, William Curtis Crandell and the Commissioner of Social Security stipulated for the award of attorney's fees and expenses in the amount of $3,254.13 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 20) Accordingly, the Court **ORDERS:** Subject to the terms of the stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $3,254.13cunder 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated: **September 7, 2021**     **/s/ Jennifer L. Thurston**
                                                                              CHIEF UNITED STATES MAGISTRATE JUDGE